```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    22cv5309(DLC)
A.L., individually and on behalf of      :
her minor child,                         :    ORDER
                                         :
                     Plaintiff,          :
          -v-                            :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received on July 20, 2022 the defendant's letter motion requesting an extension of time, it is hereby

ORDERED that the defendant shall respond to the complaint by **October 22, 2022.**

IT IS FURTHER ORDERED that the initial pretrial conference is adjourned until **October 25, 2022** at **2:00 p.m.**  There shall be no further adjournment.

SO ORDERED:

Dated:   New York, New York
         July 20, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　     DENISE COTE
　　　　　　　　　　　　　　　United States District Judge